UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FORTSON FLOORS, INC.,<br><br>　　　　　Defendant. | Case No. 23-cv-00485-VC<br><br>**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 28 |

The motion for default judgment is granted. Application of the *Eitel* factors supports default judgment in this case. *See Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986).

**IT IS SO ORDERED.**

Dated: January 11, 2024

_____
VINCE CHHABRIA
United States District Judge